# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER S. MCCASLIN, , <br> *Plaintiff* <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> *Defendant* | Civil Action No. 3:16-CV-2491 <br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:  JUDGMENT be and is hereby ENTERED in favor of plaintiff CHRISTOPHER S. MCCASLIN, and against defendant, NANCY A. BERRYHILL, Acting Commissioner of Social Security, as follows: The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop the record fully, and evaluate the evidence appropriately, in accordance with the court's order (Doc. 20) and the report (Doc. 17) of Magistrate Judge Mehalchick.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (DIWC)

Date:  May 17, 2018                         *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                            K. McKinney

                                            *Signature of Clerk or Deputy Clerk*