UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER S. MCCASLIN, | : | |
| Plaintiff | : | NO. 3:16-CV-2491 |
| vs. | : | (CONNER, C.J.) |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commisioner of | : | |
| Social Security, | : | |
| Defendant | : | [FILED VIA ECF] |

FILED
HARRISBURG, PA
MAY 2 4 2018
PETER WELSH, CLERK
Per_____

# ORDER

AND NOW, this 23rd day of May, 2018, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Christopher S. McCaslin, is awarded Six Thousand Seven Hundred Dollars ($6,700.00) in attorney fees under the EAJA. These attorney fees will be paid directly to Plaintiff, Christopher S. McCaslin, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire, at the office address in Stroudsburg, Pennsylvania. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees and costs in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____
CHRISTOPHER C. CONNER, Chief Judge
United States District Court