# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. MCCASLIN,** | : | CIVIL ACTION NO. 3:16-CV-2491 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ANDREW SAUL,** **Commissioner of Social Security,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 22nd day of November, 2019, upon consideration of Plaintiff's Motion (Doc. 25) for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby ORDERED as follows:

1. That the Court authorizes a payment to Patrick J. Best, Esquire in the amount of Twenty Thousand Six Hundred Fifty-Four dollars and 25/00 cents ($20,654.00) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services;

2. Upon receipt of this sum, Plaintiff's counsel shall remit Six Thousand Seven Hundred dollars and 00/00 cents ($6,700.00) directly to Plaintiff, representing the sum already paid Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania