# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER S. MCCASLIN,** | : | CIVIL ACTION NO. 3:16-CV-2491 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ANDREW SAUL,**<br>**Commissioner of Social Security,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 2nd day of December, 2019, upon consideration of Plaintiff's Supplemental Motion (Doc. 29) for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), it is hereby ORDERED as follows:

1. The Court's Order dated November 22, 2019 and filed November 24, 2019 (Doc. 28) authorizing $20,654.00 remains in full force and effect.

2. The Court authorizes an additional payment for court related services to Patrick J. Best, Esquire in the amount of $10,314.00 in attorney's fees being withheld from past-due auxiliary benefits.

3. The total amount of attorney's fees for court related services to be paid from the past-due benefits of Plaintiff and Plaintiff's auxiliary beneficiaries to Patrick J. Best, Esquire shall be $30,968.00.

4. Upon receipt of these funds, Plaintiff's attorney will refund $6,700 previously paid pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, to the Plaintiff.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania